

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 2, 2008

By Hand



RECEIVED
c. 1 2008
CHAMBERS OF
BARBARA S. JONES
U.S.D.J.

The Honorable Barbara S. Jones
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: United States v. Daniel Deloir,
     07 Civ. 10633 (BSJ)
     06 Cr. 576 (BSJ)

Dear Judge Jones:

  The Government respectfully submits this letter to seek an extension of time of approximately two months to file its response to the pro se motion filed by Daniel Deloir, dated September 27, 2007, in which Deloir seeks to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, the federal habeas corpus statute. Pursuant to the Court's prior order, the Government's response was due June 2, 2008. The Government respectfully requests until August 4, 2008 to respond.

  The reason for the Government's request is that the Government has just received back from storage the files containing the relevant documents in Mr. Deloir's case and needs additional time to review them to prepare its response. In addition, Government counsel is preparing for a two-week murder trial before Judge Rakoff that begins on June 23, 2008. This is the Government's first request for an extension in this case.



USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 6/12/08

Application Granted.

SO ORDERED
Dated: 6/10/08
BARBARA S. JONES
U.S.D.J.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: /s/ Jessica A. Roth
Jessica A. Roth
Assistant United States Attorney
(212) 637-2347

cc: Daniel DeLoir, pro se
# 59078-054
USP Canaan, PO Box 300
Waymart, PA 18472

2